**DISMISS; Opinion issued April 26, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01629-CV**

**STEVEN CREAR, SR., Appellant**
**V.**
**JPMORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01470**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

The Court has before it appellee's April 1, 2013 motion to dismiss. As appellee notes, on February 15, 2013, the Court informed appellant that if he did not pay his filing fee within ten days, this case would be dismissed without further notice. Appellant has not paid his filing fee, responded to appellee's motion to dismiss, or otherwise communicated with this Court regarding his appeal. We therefore **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

121629F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN CREAR, SR., Appellant

No. 05-12-01629-CV　　　V.

JPMORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-01470.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JPMORGAN CHASE BANK, N.A. recover its costs of
this appeal from appellant STEVEN CREAR, SR.

Judgment entered April 26, 2013.

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE